DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTHONY BRUNSON,**
Appellant,

v.

**HOWARD FOULKE,**
Appellee.

No. 4D18-2964

[April 25, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David Haimes, Judge; L.T. Case No. 14-016607 (08).

Anthony Brunson, Madison, pro se.

Alyssa M. Reiter and Lindsey A. Hicks of Wicker Smith O'Hara McCoy & Ford, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KLINGENSMITH, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***